FILED

01 FEB 28 AM 8:41

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NUMBER** |
| PLAINTIFF(S), | CR 01- 0393 M -3 |
| -VS- | |
| HOSSEIN AFSHARI | REPORT COMMENCING CRIMINAL ACT |
| DEFENDANT(S). | |

**TO:   CLERK'S OFFICE, U.S. DISTRICT COURT**

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1)   Date and time of arrest __02/27/01__          __3:15__ a.m./p.m.

2)   Charges under which defendant has been booked at Metropolitan Detention Center (MDC)____
     MATERIAL SUPPORT TO A DESIGNATED TERRORIST ORGANIZATION, 18 U.S.C. 2339B

3)   Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdeme

4)   U.S. Citizen:   ☒ Yes      ☒ No      ☐ Unknown

5)   Date of Birth: __12/18/57__

6)   The defendant is:   ☒ Presently in custody on this charge.
                          ☐ At liberty on bond posted before Magistrate Judge.
                          ☐ At liberty and warrant is requested.
         Federal   ☐ In custody on another conviction.
         State     ☐ In custody awaiting trial on these charges.

7)   Place of detention (if out-of-district):_____

8)   Date detainer placed on defendant:_____

9)   This is a reprosecution of previously dismissed charges.  (Docket/Case No._____
        Dismissed on motion of_____

10)  Name of Pretrial Services Officer: __duty__

11)  Remarks (if any):_____

12)  Date: __02/28/01__            13) __Mark Broihier__ (Signature)

ENTER ON ICMS

MAR 2 2001

14) __MARK BROIHIER__ (Name)

15) __FBI SPECIAL AGENT__ (Title)