FILED

01 FEB 28 AM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| PLAINTIFF(S), | CR **CASE NUMBER** 01-0393M-5 |
| -VS- | |
| MOHAMMAD OMIDVAR DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACT |

TO:    CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1)    Date and time of arrest ___2/27/2001___ ___3:00___ a.m./p.m.

2)    Charges under which defendant has been booked at Metropolitan Detention Center (MDC)___
___18 USC Sect 2339 B___

3)    Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemea

4)    U.S. Citizen:    ☐ Yes    ☒ No    ☐ Unknown

5)    Date of Birth: _____

6)    The defendant is:    ☒ Presently in custody on this charge.
☐ At liberty on bond posted before Magistrate Judge.
☐ At liberty and warrant is requested.
Federal    ☐ In custody on another conviction.
State    ☐ In custody awaiting trial on these charges.

7)    Place of detention (if out-of-district): _____

8)    Date detainer placed on defendant: _____

9)    This is a reprosecution of previously dismissed charges.  (Docket/Case No._____)
Dismissed on motion of _____

10)    Name of Pretrial Services Officer: ___duty___

11)    Remarks (if any): _____

12)    Date: ___2/28/2001___    13) ___Nubth___ (Signature)

ENTER ON ICMS

MAR 2 2001

14) ___A.H. Otte___ (Name)

15) ___Special Agent FBI___ (Title)

CR-64 (10/93)    REPORT COMMENCING CRIMINAL ACTION