FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| PLAINTIFF(S), | CR | 01-0393M-7 |
| -VS- | | |
| HASSAN REZAIE | | REPORT COMMENCING CRIMINAL ACT |
| DEFENDANT(S). | | |

TO:    CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest___2/27/01    3_____ a.m./p.m.

2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
   ___18 USC SECT 2339 B_____

3) Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemea

4) U.S. Citizen:    ☐ Yes    ☒ No    ☐ Unknown

5) Date of Birth:_____

6) The defendant is:    ☒ Presently in custody on this charge.
                        ☐ At liberty on bond posted before Magistrate Judge.
                        ☐ At liberty and warrant is requested.
   Federal    ☐ In custody on another conviction.
   State      ☐ In custody awaiting trial on these charges.

7) Place of detention (if out-of-district):_____

8) Date detainer placed on defendant:_____

9) This is a reprosecution of previously dismissed charges.  (Docket/Case No._____)
   Dismissed on motion of_____

10) Name of Pretrial Services Officer:___duty_____

11) Remarks (if any):_____

12) Date:___2/28/2001_____

    ENTER ON ICMS

    MAR  6 2001

13)_____
    (Signature)

14)___A.H. OTTE_____
    (Name)

15)___SPECIAL AGENT, FBI___(8)
    (Title)

CR-64 (10/93)        REPORT COMMENCING CRIMINAL ACTION