FILED

01 FEB 28 AM 9: 13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CR 01- 0393m-1 |
| -VS- | |
| ROYA RAHMANI AKA TAMINEH TAHAMTAN DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACT |

TO:   CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1)  Date and time of arrest  2/27/01                               2:00  a.m./p.m.

2)  Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
    2339(b)  MATERIAL SUPPORT OF TERRORISM

3)  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdeme

4)  U.S. Citizen:    ☐ Yes    ☐ No    ☒ Unknown

5)  Date of Birth: 03/13/61

6)  The defendant is:    ☒ Presently in custody on this charge.
                          ☐ At liberty on bond posted before Magistrate Judge.
                          ☐ At liberty and warrant is requested.
         Federal    ☐ In custody on another conviction.
         State      ☐ In custody awaiting trial on these charges.

7)  Place of detention (if out-of-district):_____

8)  Date detainer placed on defendant:_____

9)  This is a reprosecution of previously dismissed charges.  (Docket/Case No._____)
        Dismissed on motion of_____

10) Name of Pretrial Services Officer: W. JONES

11) Remarks (if any):_____

12) Date: 2/28/01

ENTER ON ICMS

MAR   6 2001

13) _____ (Signature)

14) J. ANTHONY CANGOLOSI (Name)

15) SPECIAL AGENT /FBI (Title)

14

CR-64 (10/93)          REPORT COMMENCING CRIMINAL ACTION