## LIST OF EXHIBITS AND WITNESSES

| Case Number | 01-0393M-1 | Judge | Block |
|---|---|---|---|

**Title:** USA
Tahmineh Tahamtan

**Dates of Trial:** 3-1-01

**Court Reporters:** Tape # 496

**Deputy Clerks:** M. Eugene - Domingue

FILED
CLERK US DISTRICT COURT

MAR - 1 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| David Fields - AUSA | Malcolm Gulesevian |

| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | 3-1-01  EXHIBIT DESCRIPTION / WITNESS  3-1-01 | Called By |
|---|---|---|---|---|---|---|---|
| | | | | | | Christopher Castillo, Sp agent w/ FBI | π |

ENTER ON ICMS
MAR 6 2001

20