FILED

01 FEB 28 AM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | |
|---|---|---|
| PLAINTIFF(S), | CR | **CASE NUMBER** 01-0393M-6 |
| -VS- | | |
| NAJAF ESHKOFTEGI | | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | | |

TO:   CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest 2-27-01    2:20    a.m./p.m.

2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC) Material Support to a terrorist organization  18 USC 2339 B

3) Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

4) U.S. Citizen:   ☒ Yes   ☐ No   ☐ Unknown

5) Date of Birth: 9-6-50

6) The defendant is:   ☐ Presently in custody on this charge.
    ☐ At liberty on bond posted before Magistrate Judge.
    ☐ At liberty and warrant is requested.
    Federal   ☐ In custody on another conviction.
    State   ☐ In custody awaiting trial on these charges.

7) Place of detention (if out-of-district):

8) Date detainer placed on defendant:

9) This is a reprosecution of previously dismissed charges.  (Docket/Case No._____)
    Dismissed on motion of

10) Name of Pretrial Services Officer: DUTY

11) Remarks (if any):

12) Date: 2-28-01

ENTER ON ICMS

MAR 6 2001

13) _Richard W. Denny_
    (Signature)

14) Richard W. Denny
    (Name)

15) FBI Special Agent
    (Title)

(21)

CR-64 (10/93)        REPORT COMMENCING CRIMINAL ACTION