## LIST OF EXHIBITS AND WITNESSES

| Case Number | 01-0393 M-2 | | Judge | Block |
|---|---|---|---|---|

| Title | USA Mustafa Ahmady |
|---|---|

FILED
CLERK US DISTRICT COURT

MAR - 1 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Dates of Trial | 3-1-01 |
|---|---|
| Court Reporters | Tape # 496 |
| Deputy Clerks | M. Eugene - Domingue |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| David Fields - AUSA | Terry Andus |
| | |
| | |
| | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS 3-1-01 | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | 3-1-01 | |
| | | | | | | Christopher Castillo, Sp Agent w/ FBI | π |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ENTER ON ICMS

MAR 8 2001

40