FILED

# UNITED STATES DISTRICT COURT
01 FEB 28  **CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | |
|---|---|
| PLAINTIFF(S), | **CASE NUMBER** CR 01-0393 M-2 |
| -VS- MUSTAFA AHMADY | |
| DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACT |

**TO:    CLERK'S OFFICE, U.S. DISTRICT COURT**

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest 2-27-01    3 PM _____ a.m./p.m.

2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
   18 USC SECT 2339 B

3) Offense charged is a:  ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdeme

4) U.S. Citizen:    ☐ Yes    ☒ No    ☐ Unknown

5) Date of Birth:    1/2/55

6) The defendant is:    ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before Magistrate Judge.
   ☐ At liberty and warrant is requested.
   Federal  ☐ In custody on another conviction.
   State    ☐ In custody awaiting trial on these charges.

7) Place of detention (if out-of-district):_____

8) Date detainer placed on defendant:_____

9) This is a reprosecution of previously dismissed charges. (Docket/Case No._____)
   Dismissed on motion of_____

10) Name of Pretrial Services Officer:____duty____

11) Remarks (if any):_____

12) Date: 2/28/2001

ENTER ON ICMS

MAR  8 2001

13)_____ A OTTE, FBI
   (Signature)

14)____A.H. OTTE____
   (Name)

15)____SPECIAL AGENT, FBI____
   (Title)

(41)

CR-64 (10/93)        REPORT COMMENCING CRIMINAL ACTION