FILED

01 FEB 28. AM 8:4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| PLAINTIFF(S), -VS- | CR **CASE NUMBER** 01-0393M-4 |
| ALIREZA MOHAMAD MORADI | REPORT COMMENCING CRIMINAL ACT |
| DEFENDANT(S). | |

TO:   CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1)   Date and time of arrest 2-27-01          3:00 pm          a.m./p.m.

2)   Charges under which defendant has been booked at Metropolitan Detention Center (MDC)_____
     Material Support to a Terrorist organization    18 USC, 2339B

3)   Offense charged is a:   ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdeme₂

4)   U.S. Citizen:    ☐ Yes    ☒ No    ☐ Unknown

5)   Date of Birth: 8-23-70

6)   The defendant is:   ☒ Presently in custody on this charge.
                          ☐ At liberty on bond posted before Magistrate Judge.
                          ☐ At liberty and warrant is requested.
     Federal   ☐ In custody on another conviction.
     State     ☐ In custody awaiting trial on these charges.

7)   Place of detention (if out-of-district):_____

8)   Date detainer placed on defendant:_____

9)   This is a reprosecution of previously dismissed charges.  (Docket/Case No._____)
     Dismissed on motion of_____

10)  Name of Pretrial Services Officer: DUTY

11)  Remarks (if any):_____

12)  Date: 2-28-01          13) _Richard W. Denny_
                               (Signature)

ENTER ON ICMS

MAR 8 2001

                               14) _Richard W. Denny_
                                   (Name)

                               15) _FBI SPECIAL AGENT._ (44)
                                   (Title)

CR-64 (10/93)          REPORT COMMENCING CRIMINAL ACTION