JOHN S. GORDON
United States Attorney
RONALD CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
JACQUELINE CHOOLJIAN (SBN 126667)
JUDITH HEINZ (SBN 176264)
Assistant United States Attorneys
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5615/7280

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-209-RMT |
| Plaintiff, | ) | JOINT PROPOSED JUROR QUESTIONNAIRE |
| v. | ) | |
| ROYA RAHMANI, et al., | ) | |
| Defendants. | ) | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants, Roya Rahmani, Mustafa Ahmady, Hossein Afshari, Alireza Mohammadmoradi, Mohammad Omidvar, Navid Taj, and Hassan Rezaie, by and through their

///
///
///
///
///
///

ENTER ON ICMS

MAR 21 2002

MAR 19 2002

respective counsel of record, hereby respectfully submit the accompanying Joint Proposed Juror Questionnaire.

Respectfully submitted,

JOHN S. GORDON
United States Attorney

RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division

DATE: March ___, 2002

JACQUELINE CHOOLJIAN/JUDITH HEINZ
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DATE March _18_, 2002

ABBE LOWELL/PAMELA MARPLE/
SAM PUATHASNANON
Manatt, Phelps & Phillips, LLP

Attorneys for Defendant
Roya Rahmani

DATE March _18_, 2002

RICHARD STEINGARD
Attorney for Defendant
Mustafa Ahmady

DATE March _18_, 2002

NADINE HETTLE
Deputy Federal Public Defender

Attorney for Defendant
Hossein Afshari

DATE March _18_, 2002

DAVID EVANS
Attorney for Defendant
Alireza Mohammadmoradi

2

DATE: March 18, 2002

MICHAEL TREMAN
Attorney for Defendant
Mohammad Omidvar

DATE: March 18, 2002

DAVID REED    by MJT
Attorney for Defendant
Navid Taj

DATE: March 18, 2002

YOLANDA BARRERA    by MJT
Attorney for Defendant
Hassan Rezaie

3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-209-RMT |
| | ) | |
| Plaintiff, | ) | JOINT PROPOSED JUROR QUESTIONNAIRE |
| | ) | |
| v. | ) | |
| | ) | |
| ROYA RAHMANI, | ) | |
| MUSTAFA AHMADY, | ) | |
| HOSSEIN AFSHARI, | ) | |
| ALIREZA MOHAMMADMORADI, | ) | |
| MOHAMMAD OMIDVAR, | ) | |
| NAVID TAJ, and | ) | |
| HASSAN REZAIE, | ) | |
| | ) | |
| Defendants. | ) | |

JUROR NAME_____

JUROR #_____

POSITION #_____

Instructions for Juror Questionnaire

        This questionnaire is designed to obtain information about your background as it relates to your possible service as a fair and impartial juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open court, thereby substantially shortening the jury selection process.

        Please respond to each question as fully and completely as possible. The Court is aware that some of the questions contained in the questionnaire are of a personal nature. The questions are not an attempt to pry into the past, personal, or private lives of jurors, or their families. It is important for the parties to be informed as to what experiences each juror (or their loved ones) has had to determine whether in light of these prior experiences certain issues of this case might interfere with your ability to give each side a fair and impartial hearing. Your complete candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select a fair and impartial jury. Your cooperation is of vital importance.

        Because this questionnaire is part of the jury selection process, it is to be answered under your oath as a prospective juror to tell the truth. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

        Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers and will minimize the need for further questioning in open court. They assist all parties in obtaining a fair and impartial jury.

        **Please fill out the entire questionnaire.** Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. Do not write on the back of any page. If you need additional space to complete an answer, go to the end of the questionnaire, indicate the number of the question, and complete your answer.

        PLEASE PRINT LEGIBLY -- PLEASE USE ONLY BLACK INK


                                    _____
                                    Honorable Robert M. Takasugi
                                    United States District Judge

2

## Description of the Case

In this case there are seven defendants.  All seven defendants are charged in an indictment with knowingly providing, attempting to provide and conspiring to provide material support or resources to a designated foreign terrorist organization in violation of federal law.

The organization to which the defendants allegedly provided material support or resources is called the "Mujahedin-e Khalq" or the "MEK." Each of the accused is entitled to separate consideration and the case against each person must be decided individually.

## The Nature of an Indictment

The charges against the defendants are contained in the indictment.  The indictment is simply the description of the charges made by the government against the defendants; it is not evidence of anything.  The defendants have pleaded not guilty to the charges and are presumed to be innocent.  The defendants do not have to prove their innocence.  The government bears the burden of proving the guilt of each defendant beyond a reasonable doubt.

3

**You are reminded that this questionnaire is to be answered under your oath as a prospective juror to tell the truth.**

## PERSONAL BACKGROUND

1.  What is your age? _____

2.  Are you:   Male _____          Female _____

3.  Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

    Yes _____   No _____

4.  Do you have any medical condition that would make it difficult for you to serve as a juror on this case?

    Yes _____   No _____

5.  Are you taking any prescription medication that may interfere with your ability to concentrate or serve as a juror in any way?

    Yes _____   No _____

6.  What is your place of birth?  (Please list only the city and state, and, if outside the United States, the country.)

    _____

7.  What city do you currently live in, and, if you live in the Los Angeles area, in what neighborhood do you live? (for example: Pasadena, East Los Angeles, Hancock Park, etc.)

    _____

8.  Please list each city, state, and country in which you have lived since your birth, and indicate the time period during which you lived in each.

    _____

    _____

    _____

    _____

9.  Are you:   ( ) Employed full-time     ( ) Retired
              ( ) Employed part-time     ( ) Student
              ( ) Homemaker              ( ) Disabled/unable to
              ( ) Unemployed/laid off         work

4

(a)    If you are employed, what is the name and location of
       your employer (city or, if Los Angeles, neighborhood)?

       _____

       _____

(b)    What kind of work do you do?

       _____

       _____

(c)    If you are retired or unemployed, who was your
       employer(s) and what type of work had you been doing?

       _____

       _____

(d)    If you are a homemaker or student, please tell us what
       jobs outside the home (if any) you have had in the
       past:

       _____

       _____

(e)    If you are a student, please tell us where you attend
       school and what you are studying:

       _____

       _____

10.    What is (was) your job title? _____

       (a)    What are (were) your duties on that job?

              _____

       (b)    Do (did) you supervise others in that job?

              Yes _____    No _____

              If yes: How many?    _____

5

11.    To the extent not already covered above, please list any other employers or type of work, including volunteer work, you have done since your 18th birthday:

_____

_____

_____

_____

_____

_____

12.    What is your marital status?  (i.e. single, married, living with another person as a couple, divorced, separated, widowed)

_____

13.    How many children do you have, if any? _____

14.    If your children are in school,

        (a)    What type of school do they attend?

        Public     _____
        Private    _____
        Religious  _____
        Home       _____

        (b)    What are their primary fields of study, if any?

_____

_____

        (c)    Have they attended school in another country and if so, when and where?

_____

15.    List the gender, age and, if employed or retired, the current or most recent occupation of each child, parent, sibling, or other adult in your household, if any:

| GENDER | AGE | OCCUPATION |
|--------|-----|------------|
| _____ | ____ | _____ |
| _____ | ____ | _____ |
| _____ | ____ | _____ |

6

16. Please indicate your education by checking all that apply:

( ) 8th grade or less          ( ) Community college
( ) Some high school           ( ) Some four-year
                                   college
( ) High school graduate       ( ) College graduate
( ) Trade/technical school     ( ) Post graduate

17. Please list all degrees you have received, the primary fields of study, the names of each college you have attended, and the dates of attendance:

_____

_____

_____

18. Please describe generally what type of civic, educational, professional, sports, business, religious and political activities you participate in:

_____

_____

_____

_____

19. Please list any social, civic, religious, political, or other organizations you belong to or associate with:

_____

_____

_____

_____

20. Is English your first language?

Yes _____     No _____

21. What other languages do you speak, read or understand?   If applicable, please indicate any particular dialect.

_____

_____

22. Do you watch movies (in theaters or at home)?

Yes _____     No _____

7

If yes, please list those you saw recently, or that you especially remember.

_____

_____

_____

What kind of movies do you enjoy?

_____

23.    Do you watch television?

Yes _____    No _____

If yes, what television programs do you watch on a regular basis?

_____

_____

_____

What kind of television series or programs do you enjoy?

_____

24.    Do you read in your spare time?

Yes _____    No _____

If yes, please list those books, magazines, or other materials that you read recently or that you especially remember.

_____

_____

_____

25.    Do you have any hobbies or other leisure time interests?

Yes _____    No _____

If yes, what are they?

_____

_____

8

## YOUR SPOUSE OR PARTNER'S BACKGROUND

Please complete the following questions regarding your current spouse or partner. If you are: (please check) divorced ___, separated ___, or widowed ___, please complete all of the following questions regarding your former spouse(s).

26. Please state your spouse or partner's most recent type of work, and the name and location of his/her employer and the length of time so employed.

_____

_____

_____

27. Please describe your spouse or partner's civic, educational, professional, sports, business, religious or political activities:

_____

_____

_____

28. Please describe your spouse or partner's hobbies or other leisure time interests?

_____

_____

_____

## NEWS COVERAGE

29. Please rank the following to indicate your main source of news ("1" being the source used most often and "5" being the source used the least).

____ Newspaper
____ TV
____ Radio
____ Magazines
____ Online news service (via computer)
____ Family, friends, co-workers

9

30. Do you read a newspaper regularly (at least once a week)?

Yes _____        No _____

If yes, list the names of each newspaper you read, indicate how often you read each newspaper, and what sections of the paper you read.

| Name of Newspaper | How often read (once a week, daily, Sunday only, etc.) | Sections read |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

31. What magazines or periodicals do you read?

_____

_____

32. Do you watch any television newscasts on a regular basis?

Yes _____   No _____

If yes, which ones, and what part of the newscasts do you watch?

_____

_____

33. Do you watch any television news programs on a regular basis?  (For example, "60 minutes," "Nightline," etc.)

Yes _____   No _____

If yes, which ones?

_____

34. Do you listen to the news on the radio on a regular basis?

Yes _____   No _____

If yes, on which radio station(s), and/or which program(s)?

_____

10

**OTHER EXPERIENCES**

35.  List any organizations to which you belong and tell us about your role or participation in each organization.

_____

_____

_____

36.  List any organizations to which your spouse or partner belongs and tell us about your spouse or partner's role or participation in each organization.

_____

_____

_____

37.  Have you contributed money or anything of value to a charity or organization (including a political or religious organization) within the last five (5) years?

Yes _____   No _____

If yes, please list the name(s) of the charity or organization

_____

_____

_____

38.  Have you ever raised money for a charity or organization (including a political or religious organization)?

Yes _____   No _____

If yes, please list the name(s) of the charity or organization.

_____

_____

_____

39.  Have you ever participated in or attended a political, religious, or employment-related rally or demonstration (i.e. a march, a sit-in, walking a picket line, etc.)?

Yes _____   No _____

11

If yes, please tell us when, and describe the nature of the rally or demonstration and where it took place.

_____

_____

_____

40. Have you ever traveled outside the United States?

Yes _____    No _____

If yes, please explain where and when:

_____

_____

_____

41. Have you spent any time in the Middle East during the past forty years?

Yes _____    No _____

If yes, please state when, where (the country), and the reason for the stay.

_____

_____

_____

42. Has a family member, or close friend of yours spent any time in the Middle East during the past forty years?

Yes _____    No _____

If yes, please state when, where (the country), the reason for the stay, and your relationship to that person.

_____

_____

_____

43. Have you ever served in the military (including a non-U.S. military organization)?

Yes _____    No _____

12

If yes, please tell us which military organization, when, what you did while a member of the military organization, and where you served:

_____

_____

If so, were you ever in a combat situation?

Yes _____   No _____

If yes, please tell us where and when:

_____

44.  To the best of your knowledge, has a family member or a close friend of yours ever served in the military (including a <u>non-U.S.</u> military organization)?

Yes _____   No _____

If yes, please tell us which military organization, when, what the person did while a member of the military organization, where the person served, and your relationship to the person who served:

_____

_____

If so, was the person ever in a combat situation?

Yes _____   No _____   Don't know _____

If yes, please tell us where and when:

_____

45.  Do you speak or understand Farsi (or any dialect of Farsi)?

Yes _____   No _____

(a)  Do you read any Farsi language newspapers or publications?

Yes _____   No _____

If so, please list the Farsi language newspapers or publications:

_____

_____

_____

13

(b)   If you speak, read or understand the Farsi language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony, and witnesses' translations of Farsi language evidence?

Yes _____   No _____

46.   Do you know anyone who practices the faith of Islam?

Yes _____   No _____

47.   How knowledgeable are you about the history and practices of Islam?

very knowledgeable         ___
somewhat knowledgeable     ___
not too knowledgeable      ___
not knowledgeable at all ___

48.   Is there anything about a case in which one or more of the defendants are Muslim that would prevent you from being a fair and impartial juror?

Yes _____   No _____

49.   What are your views, if any, about the religion of Islam?

_____

_____

_____

**KNOWLEDGE ABOUT THIS CASE**

50.   The United States is represented in this case by the United States Attorney, John S. Gordon, though the conduct of the case is in the immediate charge of the Assistant United States Attorneys appearing in the courtroom.  Do you or does any relative or friend know or have any connection with John S. Gordon?

Yes _____   No _____

If yes, please identify whether it is you or another person and your relationship to that person.  Please describe how John S. Gordon is known or what the connection is to him.

_____

_____

14

51.   Do you, a family member, or a close friend know or have any connection with the United States Attorney's Office in this district or in any district?

Yes _____   No _____

If yes, please identify whether it is you or another person and your relationship to that person.  Please identify which United States Attorney's Office, and describe how that office is known or what the connection is to that office.

_____

_____

_____

52.   Do you or does any relative or friend know or have any connection with any of the following persons who will be seated at the counsel table for the United States?

Assistant United States Attorney Jacqueline Chooljian
Assistant United States Attorney Judith Heinz
FBI Special Agent Christopher Castillo
FBI Special Agent Reed Jones

Yes _____   No _____

If yes, please identify whether it is you or another person and your relationship to that person.  Please identify which individual, and describe how that individual is known or what the connection is to that individual.

_____

_____

(a)   Have you seen, heard or read anything about these individuals?  This includes not only the media, but anything you may have heard from friends, relatives, or co-workers.

Yes _____   No _____

(b)   If yes, what have you seen, heard or read?

_____

_____

_____

15

53. The judge who will preside over this case is Judge Robert M. Takasugi of the United States District Court for the Central District of California.  Do you or does any relative or friend know or have any connection with Judge Takasugi or any of his staff:

Yes _____    No _____

54. Is there any particular news program, magazine, or newspaper article, or broadcast about this case, or the defendants, that has made an impression on you?

Yes _____    No _____

If yes, what was the program, article or broadcast, when was it, what did it say, and what was the impression?

_____

_____

_____

55. Is there anything you have seen, heard, or read about that would interfere with your ability to render a fair verdict in this case based solely on the evidence presented in court?

Yes _____    No _____

If yes, please describe what it was and how it would interfere with your ability to render a fair verdict.

_____

_____

_____

16

56.  Before you came to court today, had you ever heard of the following:

Mujahedin-e Khalq
    (the "MEK" or "MKO")                     Yes _____    No _____

National Liberation Army of Iran
    (the "NLA")                              Yes _____    No _____

People's Mujahedin Organization of Iran
    (the "PMOI")                             Yes _____    No _____

National Council of Resistance of Iran
    (the "NCRI")                             Yes _____    No _____

Committee for Human Rights
    (the "CHR")                              Yes _____    No _____

Muslim Iranian Student's Society           Yes _____    No _____

If yes, which of the above had you heard of, what did you hear, and how did you hear it?

_____

_____

_____

_____

57.  Have you heard anything about this case?

Yes _____    No _____

If yes, what have you heard, and how did you hear it?

_____

_____

_____

_____

17

58. This case may receive ongoing media attention. The Court wants to make sure that this case is decided solely on the evidence in the courtroom and not based on things that are said outside the courtroom. Accordingly, the Court will be advising you periodically that you must avoid reading about the case in the newspapers or listening to any radio or television reports about the case. The Court will also advise you periodically that you must avoid discussing this case with friends or family during the course of the trial. Would these requirements pose any difficulty for you?

Yes _____ No _____

**EXPERIENCE WITH COURTS**

59. Have you ever sat as a juror in a civil case?

Yes _____ No _____

60. Have you ever sat as a grand juror?

Yes _____ No _____

61. Have you ever sat as a juror in a criminal case?

Yes _____ No _____

62. Have you ever been a juror in a case where the jury was unable to reach a verdict?

Yes _____ No _____

63. If you have served on a jury, please list below (1) the approximate date(s); (2) whether you served in state court or federal court; (3) whether it was a grand jury or a trial jury; (4) whether it was a criminal case or a civil case; (5) what the general nature of the case was (for example, robbery, murder, contract, negligence, medical malpractice, etc.); and (6) whether or not a verdict was reached (but do not state what the verdict was).

| (1) Date | (2) State or Federal | (3) Grand Jury or Trial Jury | (4) Criminal or Civil | (5) Nature of case | (6) Verdict Reached? (Yes or No) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

18

**GOVERNMENT & LEGAL SYSTEM**

64.  Have you ever been questioned in any matter by the United States Department of Justice, or any investigative agency of the United States, including the Federal Bureau of Investigation, or any other state or federal investigative or law enforcement agency?

Yes _____    No _____

If yes, please explain the circumstances:

_____

65.  Have you, any family members or close friends ever worked for any federal, state or local law enforcement agency? (For example, LAPD, LA Sheriffs, FBI, Probation and Parole, Corrections, U.S. Customs, Secret Service, etc.)

Yes _____    No _____

If yes, please tell us your relationship to that person, what agency, how long he/she worked there and the highest rank achieved?

_____

_____

_____

66.  Have you or a relative or friend ever work or applied for employment with a federal, state or local agency?

Yes _____    No _____

If yes, is it you?

Yes _____    No _____.    What agency? _____

If it is another person, what is your relationship to that person?  What agency?

_____

67.  Do you personally, or in connection with your business, have any pending interest in any legal action or dispute with the United States, or any officers, agents or employees of the United States?

Yes _____    No _____

If yes, please explain the nature of your interest in such proceedings:

_____

19

68. Have you ever attended law school?

Yes _____   No _____

69. Do you have any close friends or relatives who are lawyers or who have attended law school?

Yes _____   No _____

If yes, please tell us your relationship to those persons and how much you talk with them about the law.

_____

_____

_____

70. Do you or does any relative or friend work for a lawyer, paralegal, or investigator whose work includes matters involving criminal law?

Yes _____   No _____

If yes, please tell us whether it is you or another person, and if it is another person, please tell us your relationship to that person.  Please describe the nature of the work, and if done by another person, how much you talk with the person about his or her work.

_____

_____

_____

71. Do you know anyone who has been connected with the criminal justice system such as: judges, law clerks, court attendants, court clerks, other types of court personnel, probation officers, or persons connected with any penal institution, jail or penitentiary?

Yes _____   No _____

If yes, please tell us your relationship to those persons and how much you talk with them about their criminal justice system work.

_____

_____

_____

20

72.  Have you or anyone close to you ever been charged with a crime or been the subject of a criminal investigation?

Yes _____   No _____

If yes, please tell us whether it was you or someone else, and if another person, your relationship to that person.

_____

73.  Have you ever appeared or testified as a witness in any investigation or legal proceeding?

Yes _____   No _____

If yes, when and where did you appear or testify?

_____

_____

74.  Are you, or anyone close to you, now under subpoena or, to your knowledge, about to be subpoenaed in any criminal case?

Yes _____   No _____

If yes, please tell us whether it is you or someone else, and if another person, your relationship to that person.

_____

75.  Please discuss whether you would be inclined to give more weight or to give less weight to a witness solely because the witness is a law enforcement officer.

_____

_____

76.  You may hear testimony in this case concerning the lawful use of accomplices or informants by federal authorities in their investigations.  One or more of those individuals may be called to testify in this case and you may learn that some of the individuals have participated in serious crimes. What are your feelings, if any, about informants or the government's use of informants or accomplices?  Please describe the strength of any feelings.

_____

_____

_____

21

77. Have you or has a family member or close friend ever been the victim of a crime?

Yes _____   No _____

If yes, please identify whether it was you or someone else, and if another person, your relationship to that person.

_____

If yes, please describe the nature of the crime.

_____

_____

_____

78. There may be evidence in this case consisting of lawfully obtained audio and video tape recordings of conversations and meetings. What are your views, if any, about the use of secretly tape-recorded conversations and meetings? Please describe the strength of any views.

_____

_____

_____

79. There may also be evidence obtained from lawfully obtained photographic and physical surveillance as well as evidence seized pursuant to searches of various places, including the homes of some of the defendants. What are your feelings, if any, about the use of lawfully conducted surveillance or searches? Please describe the strength of any feelings.

_____

_____

_____

80. To your knowledge, have you, or any close friend or relative, ever been the subject of a surveillance (visual, photographic or electronic) by law enforcement or had their car or home searched by law enforcement officers?

Yes _____   No _____

22

If yes, please describe your feelings about this.

_____

_____

_____

81.  What are your feelings about the criminal justice system?

_____

_____

_____

Would your feelings about the criminal justice system interfere with your ability to be fair and impartial in this case?

_____

_____

82.  Have you, a family member, or a close friend had any recent experiences that affect your opinion of the criminal justice system?

Yes _____    No _____

If yes, please describe:

_____

_____

**MISCELLANEOUS INFORMATION**

83.  At the conclusion of the case it is the Court's task and duty to instruct you on the law and to explain to you the elements of the crimes charged in the indictment.  Do you have personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court?

Yes _____    No _____

84.  Is there anything about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding the guilt or innocence of the defendants?

Yes _____    No _____

If yes, please explain: _____

_____

23

85.  Is there any reason that you could not be completely fair
and impartial to the defendants in this case?

Yes _____    No _____

If yes, please explain: _____

_____

_____

86.  Is there any reason that you could not be completely fair
and impartial to the United States in this case?

Yes _____    No _____

If yes, please explain: _____

_____

_____

87.  Is there any matter not covered by this questionnaire that
you feel you should tell us about?

Yes _____    No _____

If yes, please explain: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

24

USE THIS PAGE TO COMPLETE ANSWERS.  **PLEASE INDICATE THE
NUMBER OF THE QUESTION.**

## CERTIFICATE OF SERVICE

I, **Yolanda Aguayo**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **JOINT PROPOSED JUROR QUESTIONNAIRE**

**service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[**X**] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**SEE ATTACHED**

This Certificate is executed on **March 18, 2002,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

YOLANDA AGUAYO

Abbe David Lowell
Manatt, Phelps & Phillips, LLP
1501 M. Street, N.W., Suite 700
Washington, DC  20005-1702
Telephone: (202) 463-4300
Facsimile: (202) 463-4394
**ATTORNEY FOR ROYA RAHMANI**

Sam Puathasnanon
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA.  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
**ATTORNEY FOR ROYA RAHMANI**

Richard Steingard, Esq.
800 Wilshire Blvd., Suite 1510
Los Angeles, CA. 90017
Telephone: (213) 622-3101
Facsimile: (213) 622-0445
**ATTORNEY FOR MUSTAFA AHMADY**

Nadine C. Hettle
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA.  90012-4202
Telephone: (213) 894-4790
Facsimile: (213) 894-0081
**ATTORNEY FOR HOSSEIN AFSHARI**

David R. Evans, Esq.
23 East Colorado Blvd., Suite 202
Pasadena, CA.  91105
Telephone: (626) 432-5100
Facsimile: (626) 432-5110
**ATTORNEY FOR ALIREZA MOHAMMADMORADI**

Michael J. Treman, Esq.
30 N. Santa Ynez, #B
P.O. Box 42059
Santa Barbara, CA.  93140
Telephone: (805) 962-6544
Facsimile: (805) 963-3754
**ATTORNEY FOR MOHAMMAD OMIDVAR**

David Reed, Esq.
3699 Wilshire Blvd. Suite 850
Los Angeles, CA.  90010
Telephone: (310) 854-5246
Facsimile: (760) 674-0224
**ATTORNEY FOR NAVID TAJ**

Yolanda Barrera, Esq,
135 E. Live Oak Avenue, Suite 107
Arcadia, CA.  91006
Telephone: (626) 574-7800
Facsimile: (626) 574-8444
**ATTORNEY FOR HASSAN REZAIE**

Jack DiCanio
Anthony Pacheco
Proskauer Rose, LLP
2049 Century Park East, Suite 3200
Los Angeles, CA.  90067-3206
Telephone: 310-557-2900
Facsimile: 310-557-2193
**ATTORNEY FOR ROYA RAHMANI**