# CASE SUMMARY

USA v. __Alireza Mohammadmoradi_____    CASE NO. __CR 01-209-RMT__    DEFT. NO. ___2___

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

1. Alias Name(s) __Alireza Mohomadmoradi, Ali Reza Moradi_____

2. ☒ Indictment    ☐ Information

   a. Investigative agency (i.e. , FBI, DEA, IRS, Customs, etc.) ____FBI, IRS, DHS_____

3. Offense charges as a: ☒ Felony

   a. ☐ Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

   b. Date of Offense:

   __October 1997 to February 27, 2001__

   c. County in which first offense occurred:

   ____Los Angeles_____

   d. The crimes charged are alleged to have been committed in: (Check **ALL** that apply)
      ☒ Los Angeles    ☐ Ventura
      ☒ Orange    ☐ Santa Barbara
      ☐ Riverside    ☐ San Luis Obispo
      ☐ San Bernardino    ☐ Other

4. Citation of Offense: __18 USC §§ 2339B, 1546, 1425__

5. This defendant is charged in : ☐ All Counts

   ☒ Only Counts __1, 23-24_____

6. __✓__ A complaint was previously filed
   on __2/26/01_____
   case no. __01-393-M_____
   charging __18 USC § 2339B_____
   The complaint: __✓__ Is still pending
      ☐ Was dismissed on _____

7. Has an information or indictment involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☐ No
   ☒ Yes (Case No. __CR 01-209-RMT____ )

8. __✓__ This is the __First__ superseding charge (i.e., first, second, etc. ). The superseded case was previously filed on __March 13, 2001_____,
   case no. __CR 01-209-RMT_____.

8. (Continued)  The superseded case:
   ☒ Is still pending before Judge/Magistrate Judge ____Judge Takasugi__ (case is currently on appeal in __9th Circuit)_____

   ☒ Was previously dismissed on __6/21/02__ (dismissal in district court, reversed by 9th Circuit in 12/04)

9. Pursuant to section 10.1 of General Order 224, criminal cases may be related if a previously filed information or indictment and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
   Related case(s), if any,    (Must attach Notice of Related Case): _____
   _____

10. __N/A__ This defendant is designated as "High Risk" per 18 USC 3164 (a)(2) by the U.S. Attorney.

11. __N/A__ This is designated a "Special Case" per 18 USC 3166(b)(7).

12. Date of Birth __████/70_____
    ☒ Male    ☐ Female
    ☐ U.S. Citizen    ☒ Alien

13. Is defendant a juvenile?    ☐ Yes ☒ No
    If yes, should matter be sealed ☐ Yes ☒ No

14. Will sixteen (16) days or more be required to present government's evidence in the case in chief?
    ☒ Yes    ☐ No

15. Is an interpreter required? ☐ No
    ☒ Yes (list language and/or dialect) Farsi

16. The area of substantive law that will be involved in this case includes:
    ☐ financial institution fraud    ☐ public corruption
    ☐ government fraud    ☐ tax offenses
    ☐ environmental issues    ☐ mail/wire fraud
    ☒ other: __Terrorism & Immigration Fraud_____

**-OVER-**

**CASE SUMMARY**

CR-72 (5/98)

Page 1

## CUSTODY STATUS

**17. DEFENDANT IS <u>NOT</u> IN CUSTODY:**

    a. Date and time of arrest on complaint:  On or about February 28, 2001

    b. Posted bond at complaint level  in the amount of $60,000

    c. PSA supervision?  ☐Yes      ☐No

    d. ____  Is a Fugitive.

    e. ____Is on bail or release from another district.  Show district: _____

    f. ___Has not been arrested but will be notified by summons to appear.

    g. ___Warrant requested.

**DEFENDANT IS <u>IN</u> CUSTODY:**

    a. Place of incarceration:      ☐State        ☐ Federal

    b. Name of Institution: _____

    c. If Federal:  U.S. Marshal's Registration Number: _____

    d. _____Solely on this charge.  Date and time of arrest: _____

    e. _____On another conviction:      ☐State        ☐Federal      ☐Writ of Issue

    f. _____Awaiting trail on other charges:      ☐State        ☐Federal

    Name of Court: _____

**19. Date transferred to Federal custody:**_____

**20. This person/proceeding is transferred from another district per FRCrP:** _____20 _____21 _____40

**21. Determinations as to excludable time prior to filing indictments/information (Explain):**_____

_____

_____

_____

_____

_____

_____

_____

**22. DATE: June 13, 2005**         **23. SIGNATURE** _____
                                          Assistant United States Attorney

                 **24. PRINT NAME:**  <u>EILEEN M. DECKER</u>

                                   <u>JUDITH A. HEINZ</u>

CR-72 (5/98)         **CASE SUMMARY**         **Page 2**