# CASE SUMMARY

USA v. <u>Moustafa Ahmady</u>                     CASE NO. <u>CR 01-209-RMT</u>   DEFT. NO. <u>3</u>

**NOTE:  All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A"**

1. Alias Name(s) <u>Mustafa Ahmady</u>

2. ☒ Indictment          ☐ Information

   a. Investigative agency (i.e. , FBI, DEA, IRS, Customs, etc.) <u>FBI, IRS, DHS</u>

3. Offense charges as a: ☒ Felony

   a. ☐ Misdemeanor     ☐ Minor Offense    ☐ Petty Offense

   b. Date of Offense:

   <u>October 1997 to February 27, 2001</u>

   c. County in which first offense occurred:

   <u>Los Angeles</u>

   d. The crimes charged are alleged to have been committed in:  (Check **ALL** that apply)
      - ☒ Los Angeles      ☐ Ventura
      - ☒ Orange           ☐ Santa Barbara
      - ☐ Riverside        ☐ San Luis Obispo
      - ☐ San Bernardino   ☐ Other

4. Citation of Offense: <u>18 USC §§ 2339B, 1546, 1425</u>

5. This defendant is charged in :  ☐ All Counts

   ☒ Only Counts <u>1, 8-16</u>

6. <u>✓</u> A complaint was previously filed on <u>2/26/01</u>
   case no. <u>01-393-M</u>
   charging <u>18 USC § 2339B</u>
   The complaint: <u>✓</u> Is still pending
   ☐ Was dismissed on _____

7. Has an information or indictment involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☐ No
   ☒ Yes  (Case No. <u>CR 01-209-RMT</u>  )

8. <u>✓</u> This is the <u>First</u> superseding charge  (i.e., first, second, etc. ).  The superseded case was previously filed on <u>March 13, 2001</u>,
   case no. <u>CR 01-209-RMT</u>.

8. (Continued)  The superseded case:
   ☒ Is still pending before Judge/Magistrate Judge <u>Judge Takasugi</u>  (case is currently on appeal in <u>9th Circuit)</u>

   ☒ Was previously dismissed on <u>6/21/02  (dismissal in district court, reversed by 9th Circuit in 12/04)</u>

9. Pursuant to section 10.1 of General Order 224, criminal cases may be related if a previously filed information or indictment and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
   Related case(s), if any,    (Must attach Notice of Related Case): _____

10. <u>N/A</u> This defendant is designated as "High Risk" per 18 USC 3164 (a)(2) by the U.S. Attorney.

11. <u>N/A</u>  This is designated a "Special Case" per 18 USC 3166(b)(7).

12. Date of Birth ███/55
    - ☒ Male              ☐ Female
    - ☐ U.S. Citizen      ☒ Alien

13. Is defendant a juvenile?        ☐ Yes  ☒ No
    If yes, should matter be sealed  ☐ Yes  ☒ No

14. Will sixteen (16) days or more be required to present government's evidence in the case in chief?
    ☒ Yes    ☐ No

15. Is an interpreter required?  ☐ No
    ☒ Yes (list language and/or dialect) Farsi

16. The area of substantive law that will be involved in this case includes:
    - ☐ financial institution fraud     ☐ public corruption
    - ☐ government fraud                ☐ tax offenses
    - ☐ environmental issues            ☐ mail/wire fraud
    - ☒ other: <u>Terrorism & Immigration Fraud</u>

-OVER-

CASE SUMMARY

CR-72 (5/98)

Page 1

## CUSTODY STATUS

---

**17. DEFENDANT IS <u>NOT</u> IN CUSTODY:**

    **a. Date and time of arrest on complaint:  On or about February 28, 2001**

    **b. Posted bond at complaint level  in the amount of $60,000**

    **c. PSA supervision? ☐Yes    ☐No**

    **d. \_\_\_  Is a Fugitive.**

    **e. \_\_\_\_Is on bail or release from another district.  Show district: _____**

    **f. \_\_\_Has not been arrested but will be notified by summons to appear.**

    **g. \_\_Warrant requested.**

---

**DEFENDANT IS <u>IN</u> CUSTODY:**

    **a. Place of incarceration:    ☐State    ☐ Federal**

    **b. Name of Institution: _____**

    **c. If Federal:  U.S. Marshal's Registration Number: _____**

    **d. \_\_\_\_Solely on this charge.  Date and time of arrest:  _____**

    **e. \_\_\_\_On another conviction:    ☐State    ☐Federal    ☐Writ of Issue**

    **f. \_\_\_\_Awaiting trail on other charges:    ☐State    ☐Federal**

    **Name of Court: _____**

**19. Date transferred to Federal custody:_____**

**20. This person/proceeding is transferred from another district per FRCrP: \_\_\_\_\_20 \_\_\_\_\_21 \_\_\_\_\_40**

**21. Determinations as to excludable time prior to filing indictments/information (Explain):_____**

_____

_____

_____

_____

_____

_____

**22. DATE: June 13, 2005**        **23. SIGNATURE** *[signature]*

                                              **Assistant United States Attorney**

                              **24. PRINT NAME:  <u>EILEEN M. DECKER</u>**

                                              **<u>JUDITH A. HEINZ</u>**

---