# CASE SUMMARY

USA v. <u>Navid Taj</u>                         CASE NO. <u>CR  01-209-RMT</u>  DEFT. NO. <u>  6  </u>

**NOTE:  All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A"**

1.  Alias Name(s) <u>Najaf Eshkoftegi, Najafgholi Tagi</u>
<u>Eshkoftegi</u>

2.  ☒ Indictment          ☐ Information

   a.  Investigative agency (i.e. , FBI, DEA, IRS, Customs,
   etc.) <u>     FBI, IRS, DHS</u>

3.  Offense charges as a:  ☒ Felony

   a.  ☐ Misdemeanor     ☐ Minor Offense     ☐ Petty Offense

   b.  Date of Offense:
   <u>October 1997 to February 27, 2001</u>

   c.  County in which first offense occurred:
   <u>     Los Angeles</u>

   d.  The crimes charged are alleged to have been
   committed in:  (Check <u>ALL</u> that apply)
   ☒ Los Angeles        ☐Ventura
   ☒ Orange             ☐Santa Barbara
   ☐Riverside           ☐San Luis Obispo
   ☐San Bernardino      ☐Other

4.  Citation of Offense: <u>  18 USC §§ 2339B, 1546, 1425</u>

5.  This defendant is charged in :    ☐ All Counts

   ☒ Only Counts <u>  1, 27, 64</u>

6.  <u>   ✓   </u>  A complaint was previously filed
on <u>  2/26/01</u>
case no. <u>  01-393-M</u>
charging <u>  18 USC § 2339B</u>
The complaint:  <u>  ✓  </u> Is still pending
   ☐ Was dismissed on <u>                    </u>

7.  Has an information or indictment involving this
   defendant and the same transaction or series of
   transactions been previously filed and dismissed
   before trial?       ☐ No
   ☒ Yes  (Case No. <u>  CR 01-209-RMT     </u>)

8.  <u>  ✓  </u>  This is the <u>First</u> superseding charge  (i.e.,
first, second, etc. ).  The superseded case was
previously filed on <u>  March 13, 2001                </u>,
   case no. <u>  CR 01-209-RMT                </u>.

8.  (Continued)  The superseded case:
   ☒  Is still pending before Judge/Magistrate Judge
   <u>    Judge Takasugi  (case is currently on appeal in </u>
   <u>    9th Circuit)</u>

   ☒  Was previously dismissed on <u>  6/21/02  (dismissal</u>
   <u>    in district court, reversed by 9th Circuit in 12/04)</u>

9.  Pursuant to section 10.1 of General Order 224,
   criminal cases may be related if a previously filed
   information or indictment and the present case:
   a.  arise out of the same conspiracy, common
   scheme, transaction, series of transactions or
   events; or
   involve one or more defendants in common, and
   would entail substantial duplication of labor in
   pretrial, trial or sentencing proceedings if heard
   by different judges.
   Related case(s), if any,    (Must attach Notice of
   Related Case): <u>                                </u>
   <u>                                                </u>

10.  <u>  N/A  </u> This defendant is designated as "High Risk"
   per 18 USC 3164 (a)(2) by the U.S. Attorney.

11.  <u>  N/A  </u>  This is designated a "Special Case" per 18
   USC 3166(b)(7).

12.  Date of Birth  <u>  ████████/50         </u>
   ☒ Male                 ☐ Female
   ☒ U.S. Citizen         ☐ Alien

13.  Is defendant a juvenile?         ☐Yes  ☒No
   If yes, should matter be sealed  ☐Yes  ☒No

14.  Will sixteen (16) days or more be required to
   present government's evidence in the case in chief?
   ☒Yes   ☐ No

15.  Is an interpreter required?  ☒ No
   ☐ Yes (list language and/or dialect)

16.  The area of substantive law that will be involved in this
   case includes:
   ☐financial institution fraud     ☐public corruption
   ☐government fraud                 ☐tax offenses
   ☐environmental issues            ☐mail/wire fraud
   ☒other: <u>Terrorism & Immigration Fraud          </u>

**-OVER-**

## CUSTODY STATUS

**17. DEFENDANT IS <u>NOT</u> IN CUSTODY:**

    a.  **Date and time of arrest on complaint:**

        **On or about February 28, 2001**

    b.  **Posted bond at complaint level  in the amount of $25,000**

    c.  **PSA supervision?  ☐Yes     ☐No**

    d.  ____  **Is a Fugitive.**

    e.  ____**Is on bail or release from another district.  Show district:** _____

    f.  ___**Has not been arrested but will be notified by summons to appear.**

    g.  ___**Warrant requested.**

--------------------------------------------------------------------------------------------------------------

**DEFENDANT IS <u>IN</u> CUSTODY:**

    a.  **Place of incarceration:     ☐State        ☐ Federal**

    b.  **Name of Institution:** _____

    c.  **If Federal:  U.S. Marshal's Registration Number:** _____

    d.  ____**Solely on this charge.  Date and time of arrest:** _____

    e.  ____**On another conviction:     ☐State        ☐Federal     ☐Writ of Issue**

    f.  ____**Awaiting trail on other charges:     ☐State        ☐Federal**

    **Name of Court:** _____

**19.  Date transferred to Federal custody:** _____

**20.  This person/proceeding is transferred from another district per FRCrP:** _____20 _____21 _____40

**21.  Determinations as to excludable time prior to filing indictments/information (Explain):** _____

_____

_____

_____

_____

_____

_____

**22.  DATE: June 13, 2005**        **23.  SIGNATURE** _~~signature~~_____

                                                **Assistant United States Attorney**

                **24.  PRINT NAME:  EILEEN M. DECKER** _____

                                    **JUDITH A. HEINZ** _____