

The State Department web site below is a permanent electro information released prior to January 20, 2001. Please see y material released since President George W. Bush took offic This site is not updated so external links may no longer func us with any questions about finding information.

NOTE: External links to other Internet sites should not be co endorsement of the views contained therein.



# Foreign Terrorist Organizations

Released by the Office of the Coordinator for Counterterrorism, U.S. Department of State, October 8, 1997.

- Abu Nidal Organization (ANO)
- Abu Sayyaf Group (ASG)
- Armed Islamic Group (GIA)
- Aum Shinrikyo (Aum)
- Euzkadi Ta Askatasuna (ETA)
- Democratic Front for the Liberation of Palestine-Hawatmeh Faction (DFLP)
- HAMAS (Islamic Resistance Movement)
- Harakat ul-Ansar (HUA)
- Hizballah (Party of God)
- Gama'a al-Islamiyya (Islamic Group, IG)
- Japanese Red Army (JRA)
- al-Jihad
- Kach
- Kahane Chai
- Khmer Rouge
- Kurdistan Workers' Party (PKK)
- Liberation Tigers of Tamil Eelam (LTTE)
- Manuel Rodriguez Patriotic Front Dissidents (FPMR/D)
- Mujahedin-e Khalq Organization (MEK, MKO)
- National Liberation Army (ELN)
- Palestine Islamic Jihad-Shaqaqi Faction (PIJ)
- Palestine Liberation Front-Abu Abbas Faction (PLF)
- Popular Front for the Liberation of Palestine (PFLP)
- Popular Front for the Liberation of Palestine-General Command (PFLP-GC)

- Revolutionary Armed Forces of Colombia (FARC)
- Revolutionary Organization 17 November (17 November)
- Revolutionary People's Liberation Party/Front (DHKP/C)
- Revolutionary People's Struggle (ELA)
- Shining Path (Sendero Luminoso, SL)
- Tupac Amaru Revolutionary Movement (MRTA)

[end of document]

---

Return to the Home Page. This is an official U.S. Government source for information on the WWW. Inclusion of non-U.S. Government links does not imply endorsement of contents.