H. DEAN STEWARD, P.C.
H. Dean Steward (State Bar No. 85317)
dean@deansteward.com
107 Avienda Miramar, Suite C
San Clemente, CA  92672
Telephone:   949.481.4900
Facsimile:   949.496.6753

McDERMOTT WILL & EMERY LLP
Christopher D. Man (Admitted Pro Hac Vice)
cman@mwe.com
600 Thirteenth Street, N.W.
Washington, DC  20005-3096
Telephone:   202.756.8000
Facsimile:   202.756.8087

Attorneys for Defendant
ROYA RAHMANI

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RICHARD M. STEINGARD, Cal. Bar No. 106374
rsteingard@sheppardmullin.com
MICHELLE SHERMAN, Cal. Bar No. 136799
msherman@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:   213-620-1780
Facsimile:   213-620-1398

Attorneys for Defendant MUSTAFA AHMADY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> v. <br><br> MUSTAFA AHMADY, ROYA RAHMANI, et. al.,, <br><br> Defendants. | Case No. CR 01-00209-DOC <br><br> **DEFENDANTS' FIRST CIPA SECTION 5 DESIGNATION** |

Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 (2009), the defendants, Roya Rahmani, Alireza Mohammadmoradi, Mustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj and Mohammad Hossein Omidvar, through counsel, hereby designate the following classified materials that the defendants reasonably expect to disclose or cause the disclosure of at trial or at sentencing in this matter.  Counsel reserve the right to designate additional material once additional discovery is received from the government.  Counsel also reserve the right to supplement this Section 5 notice subsequent to the Court's findings at the CIPA Section 6 hearings, if necessary.

Defendants expect that the following may lead to the disclosure of classified information:

1.     Documents and testimony that describe the types of interaction and support various U.S. government agencies[1] or private contractors working for the U.S. government and under the U.S. government's supervision provide the MEK (or any of the related organizations or names the government has used for the MEK) from 1997 to the present.

2.     Documents and testimony that describe communications between U.S. government agencies and foreign governments concerning the MEK (or any of the related organizations or names the government has used for the MEK) from 1997 to the present.

---

[1] The U.S. government agencies involved include, but are not limited to, the following:  Department of Defense, including braches of the U.S. Armed Services (Department of the Army, Department of the Navy, Department of the Air Force); Department of State; National Security Agency; Central Intelligence Agency, and National Security Council.

**DEFENDANTS' FIRST CIPA SECTION 5 DESIGNATION**

3.      Documents and testimony demonstrating that the Government of Iran enlists personnel abroad to provide false testimony to discredit persons who criticize the Iranian regime, including the defendants in this case.

4.      Documents and testimony indicating the background of various cooperating witnesses the government may call as witnesses in this case.

5.      Documents and testimony indicating that the Government of Iran has monitored the developments in this case and is working as it can to cause convictions.

6.      Documents and testimony demonstrating that the Government of Iran targets expatriates, including the defendants in this case, who criticize the Iranian government with threats, harassment, and physical harm.

7.      Documents and testimony demonstrating that the Government of Iran improperly imprisoned and tortured Iranians, including any of the defendants, prior to any of the defendants fleeing Iran and coming to the United States.

8.      Documents and testimony demonstrating that the MEK (or any of the related organizations or names the government has used for the MEK) is not or should not be designated a foreign terrorist organization.

Dated:  March 20, 2009          Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _/s/ Richard M. Steingard_
        RICHARD M. STEINGARD

        Attorneys for Defendant
        MUSTAFA AHMADY
        [Submitted on behalf of all defendants]

-3-

DEFENDANTS' FIRST CIPA SECTION 5
DESIGNATION