# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 01-00209(B)- RMT |
| Plaintiff, | ) ) ) | ORDER RE: GOVERNMENT'S MOTION FOR DEFENDANTS TO SUBMIT NOTICE OF PUBLIC AUTHORITY DEFENSE |
| vs. | ) ) | |
| ROYA RAHMANI, et al., | ) | |
| Defendants. | ) ) | |

This matter has come before the court on the government's motion seeking an order from the court setting a deadline for defendants Roya Rahmani, Alireza Mohammadmoradi, Moustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj, and Mohammad Hossein Omidvar ("Defendants" ), either collectively or individually, to file a notice of a defense based upon public authority under Federal Rules of Criminal Procedure, Rule 12.3(a). Government's Motion for Defendants to Submit Notice of Public Authority Defense ("Gov't Mot."), Doc. No. 548. The government requests that the court "set an early and immediate deadline for the filing of this notice." *Id.* at 3.

In response, defendants request an extension of time to allow them to give such notice beyond the time provided for filing pretrial motions. Defendant Roya Rahmani and Ahmady's Response to the Government's Motion for Notice of Public Authority

1

-10-

Defense, Doc. No. 577, at 7; Opposition to Government's Motion for Defendants to Submit Notice of Public Authority, Doc. No. 573, at 5.

The court, having considered the papers filed herein,

IT IS ORDERED that defendants, either collectively or individually, shall provide the government with notice of a defense based upon public authority under Federal Rules of Criminal Procedure, Rule 12.3, no later that one week after the government produces *Jencks* Act materials that are also grand jury testimony as set forth in the court's January 20, 2009 Order Granting in Part and Denying in Part Defendant's Motion to Compel Discovery, Doc. No. 888.

Dated: January 23, 2009.

ROBERT M. TAKASUGI
United States District Sr. Judge

2

-11-