SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD M. STEINGARD (State Bar. No. 106374)
MICHELLE SHERMAN (State Bar No. 136799)
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-617-5416
Facsimile:   213-443-2908
rsteingard@sheppardmullin.com
msherman @shepperdmullin.com

Attorneys for Defendant
MUSTAFA AHMADY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 01-00209-DOC |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS' RESPONSE TO GOVERNMENT MOTION *IN LIMINE* NO. 4: MOTION FOR ADMISSION OF TRANSCRIPTS AND TRANSLATIONS OF TAPE-RECORDED** |
| MUSTAFA AHMADY, ROYA RAHMANI, et. al., | |
| Defendants. | |

W02-WEST:1RMS1\401473337.1

DEFENDANTS' RESPONSE TO GOVERNMENT
MOTION *IN LIMINE* NO. 4: MOTION FOR
ADMISSION OF TRANSCRIPTS

Defendants Roya Rahmani, Alireza Mohammadmoradi, Mustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj and Mohammad Hossein Omidvar ("the defendants") hereby submit this response to the government's motion *in limine* No. 4: motion for admission of transcripts and translations of tape-recorded conversations.

Respectfully submitted,

DATED:  April 7, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By          */s/ Richard M. Steingard*
            RICHARD M. STEINGARD
            Attorneys for Defendant
            MUSTAFA AHMADY
            [Submitted on behalf of all defendants]

-2-

W02-WEST:1RMS1\401473337.1

**DEFENDANTS' RESPONSE TO GOVERNMENT MOTION *IN LIMINE* NO. 4: MOTION FOR ADMISSION OF TRANSCRIPTS**

## MEMORANDUM OF POINTS AND AUTHORITIES

The government has moved *in limine* for admission of transcripts and translations of tape-recorded conversations.  In support of its motion, the government has attached numerous heavily-redacted and incomplete translations of a select number of tape-recorded conversations.

Generally speaking, the defendants do not object to the government's request to present transcripts and translations of tape recorded conversations; defendants agree that the jury should ultimately be presented with a transcript rather than a recording where the conversation being recorded occurred in Farsi.  However, this non-opposition should not be understood to mean a blanket agreement to the admissibility of the particular transcripts and translations attached to the government's motion.  Rather, the defendants anticipate interposing several challenges to the recordings, transcripts and translations, including but not limited to the following:

1.    lack of foundation

2.    improper use of hearsay

3.    accuracy

4.    rule of completeness

5.    relevancy

6.    more probative than prejudicial

To give but one example, at least some of the tape transcripts repeatedly include the word "Mojahedin" in brackets after words like "organization" or "our guys," even though the speaker on the recording never used the word "Mojahedin." The defendants do not agree to the inclusion of such parentheticals.  The defendants' objections to evidentiary problems such as these will need to be addressed prior to the display of, reference to, or testimony concerning any particular recording, transcript or translation.

-3-

**DEFENDANTS' RESPONSE TO GOVERNMENT MOTION *IN LIMINE* NO. 4: MOTION FOR ADMISSION OF TRANSCRIPTS**

Respectfully submitted,

DATED:  April 7, 2009          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By       _____/s/ Richard M. Steingard_____
                RICHARD M. STEINGARD
                Attorneys for Defendant
                MUSTAFA AHMADY
         [Submitted on behalf of all defendants]

-4-

W02-WEST:1RMS1\401473337.1

**DEFENDANTS' RESPONSE TO GOVERNMENT MOTION *IN LIMINE* NO. 4: MOTION FOR ADMISSION OF TRANSCRIPTS**