# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

ORIGINAL

Case Number CR 01-209-DOC    Defendant Number 4 (Hossein Kalani Afshari)

U.S.A. v. RAHMANI, et al.    Year of Birth 1957

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI, IRS, DHS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as N/A**

## OFFENSE/VENUE

a. Offense charged as a:
  ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
  ☐ Petty Offense    ☐ Class B Misdemeanor
b. Date of offense Unknown to February 2001
c. County in which first offense occurred
  Los Angeles
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles    ☐ Ventura
  ☑ Orange    ☐ Santa Barbara
  ☐ Riverside    ☐ San Luis Obispo
  ☐ San Bernardino    ☐ Other _____
Citation of offense 18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes
  IF YES    Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 2/26/01
  Case Number 01-039-M
  Charging 18 USC 2339B, Material Support to Terrorist Organization
The complaint:    ☑ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☑ Yes*    ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?** ☐ Yes    ☑ No

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
February 2001, June 2005, and November 2007
Case Number CR 01-209-DOC

The superseded case:
☑ is still pending before Judge/Magistrate Judge
U.S. District Judge Carter
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☑ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☑ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes    ☑ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male       ☐ Female

☑ U.S. Citizen      ☐ Alien

Alias Name(s) Hossein Deklami _____

This defendant is charged in:    ☐ All counts
☑ Only counts: 1-23, 32-59, 67-80 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?   ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud    ☐ public corruption
☑ government fraud    ☐ tax offenses
☐ environmental issues    ☑ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: international terrorism, money laundering _____

_____

_____

_____

## CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint: 2/2001 _____

b. Posted bond at complaint level on: _____
in the amount of $ 100,000 secured _____

c. PSA supervision?    ☑ Yes    ☐ No

d. Is a Fugitive    ☐ Yes    ☑ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.    ☐ Yes    ☑ No

Defendant is **in custody**:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:   ☐ Yes    ☐ No
IF YES   ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes    ☐ No
IF YES ☐ State    ☐ Federal    AND
Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: Court has made prior findings. _____

_____

_____

_____

_____

Date April 9, 2009 _____

_Signature of Assistant U.S. Attorney_

Eileen M. Decker _____
*Print Name*