# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**ORIGINAL**

Case Number CR 01-209-DOC      Defendant Number 7 (Mohammad Hossein Omidvar)

U.S.A. v. RAHMANI, et al.      Year of Birth 1956

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI, IRS, DHS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
- ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
- ☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense Unknown to February 2001

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK ALL THAT APPLY

☑ Los Angeles      ☐ Ventura
☑ Orange      ☐ Santa Barbara
☐ Riverside      ☐ San Luis Obispo
☐ San Bernardino      ☐ Other _____

Citation of offense 18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No      ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 2/26/01
Case Number 01-039-M
Charging 18 USC 2339B, Material Support to Terrorist Organization

The complaint:    ☑ is still pending
☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☑ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*      ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**   ☐ Yes      ☑ No

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
February 2001, June 2005, and November 2007
Case Number CR 01-209-DOC

The superseded case:
☑ is still pending before Judge/Magistrate Judge
U.S. District Judge Carter
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☑ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☑ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes      ☑ No
IF YES, list language and/or dialect:
_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

☑ Male      ☐ Female

☑ U.S. Citizen      ☐ Alien

Alias Name(s) Mike Omidvar

This defendant is charged in: ☐ All counts
☑ Only counts: 1-23, 32-59, 83-84

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud    ☐ public corruption
☑ government fraud    ☐ tax offenses
☐ environmental issues    ☑ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: international terrorism, money laundering

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: 2/2001

b. Posted bond at complaint level on: _____
   in the amount of $ 25,000 secured

c. PSA supervision?    ☑ Yes    ☐ No

d. Is a Fugitive    ☐ Yes    ☑ No

e. Is on bail or release from another district: _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.    ☐ Yes    ☑ No

Defendant is **in custody:**

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:   ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes    ☐ No
   IF YES ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: Court has made prior findings.

Date April 9, 2009

_Signature of Assistant U.S. Attorney_

Eileen M. Decker

_Print Name_