# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

### CASE SUMMARY

Case Number CR 01-209-DOC          Defendant Number 1 (Roya Rahmani)

U.S.A. v. RAHMANI, et al.          Year of Birth 1959

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI, IRS, DHS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor    ☐ Minor Offense    ☑ Felony

☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense Unknown to February 2001

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles    ☐ Ventura

☑ Orange    ☐ Santa Barbara

☐ Riverside    ☐ San Luis Obispo

☐ San Bernardino    ☐ Other _____

Citation of offense 18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 2/26/01

Case Number 01-039-M

Charging 18 USC 2339B, Material Support to Terrorist Organization

The complaint:    ☑ is still pending

☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*    ☐ No

**2009 APR -9 PM 2: 35 FILED CLERK U.S. DISTRICT COURT LOS ANGELES CALIF.**

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**    ☐ Yes    ☑ No

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
February 2001, June 2005, and November 2007

Case Number CR 01-209-DOC

The superseded case:

☑ is still pending before Judge/Magistrate Judge
U.S. District Judge Carter

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☑ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☑ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☑ Yes    ☐ No

IF YES, list language and/or dialect:
FARSI

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

## OTHER

☐ Male  ☑ Female
☐ U.S. Citizen  ☑ Alien
Alias Name(s) <u>Sister Tahmineh, Leila Rahimnejad,</u>
<u>Tahmineh Rahimi</u>

This defendant is charged in:  ☐ All counts
☑ Only counts: <u>1-25, 27-30, 32-65</u>

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud  ☐ public corruption
☑ government fraud  ☐ tax offenses
☐ environmental issues  ☑ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☐ Other: <u>international terrorism, money laundering</u>

## CUSTODY STATUS

<u>Defendant is **not** in custody</u>:
a. Date and time of arrest on complaint: <u>2/2001</u>
b. Posted bond at complaint level on: _____
   in the amount of $ <u>500,000 secured</u>
c. PSA supervision?  ☑ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district:
   _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☑ No

<u>Defendant is **in** custody</u>:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
   _____
d. ☐ Solely on this charge. Date and time of arrest:
   _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

## EXCLUDABLE TIME
Determinations as to excludable time prior to filing indictment/information EXPLAIN: <u>Court has made prior findings.</u>

Date <u>April 9, 2009</u>

*Signature of Assistant U.S. Attorney*

<u>Eileen M. Decker</u>
*Print Name*