# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY



ORIGINAL

Case Number **CR 01-209-DOC**

U.S.A. v. **RAHMANI, et al.**

☑ Indictment   ☐ Information

Defendant Number **6 (Navid Taj)**

Year of Birth **1950**

Investigative agency (FBI, DEA, etc.) **FBI, IRS, DHS**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

FILED 2009 APR -9 PM 2:52 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor   ☐ Minor Offense   ☑ Felony

☐ Petty Offense   ☐ Class B Misdemeanor

b. Date of offense **Unknown to February 2001**

c. County in which first offense occurred
**Los Angeles**

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles   ☐ Ventura

☑ Orange   ☐ Santa Barbara

☐ Riverside   ☐ San Luis Obispo

☐ San Bernardino   ☐ Other _____

Citation of offense **18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

_____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **2/26/01**

Case Number **01-039-M**

Charging **18 USC 2339B, Material Support to Terrorist Organization**

The complaint:   ☑ is still pending

☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☑ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*   ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**   ☐ Yes   ☑ No

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
**February 2001, June 2005, and November 2007**

Case Number **CR 01-209-DOC**

The superseded case:

☑ is still pending before Judge/Magistrate Judge
**U.S. District Judge Carter**

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☑ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☑ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☑ No

IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

## OTHER

☑ Male      ☐ Female

☑ U.S. Citizen      ☐ Alien

Alias Name(s) Najaf Eshkoftegi, Najagholi Taji Eshkoftegi

This defendant is charged in:    ☐ All counts
☑ Only counts: 1-23, 31-59, 85

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud    ☐ public corruption
☑ government fraud    ☐ tax offenses
☐ environmental issues    ☑ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: international terrorism, money laundering

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: 2/2001

b. Posted bond at complaint level on: _____
in the amount of $ 25,000 unsecured

c. PSA supervision?    ☑ Yes    ☐ No

d. Is a Fugitive    ☐ Yes    ☑ No

e. Is on bail or release from another district:
_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.    ☐ Yes    ☑ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:
_____

d. ☐ Solely on this charge. Date and time of arrest:
_____

e. On another conviction:    ☐ Yes    ☐ No
IF YES ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes    ☐ No
IF YES ☐ State    ☐ Federal    AND
Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. _____ 20 _____ 21 _____ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: Court has made prior findings.

_____

_____

_____

_____

_____

Date April 9, 2009

_Signature of Assistant U.S. Attorney_

Eileen M. Decker
_Print Name_