# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL

Case Number CR 01-209-DOC

U.S.A. v. RAHMANI, et al.

☑ Indictment    ☐ Information

Defendant Number 2 (Alireza Mohammadmoradi)

Year of Birth 1970

Investigative agency (FBI, DEA, etc.) FBI, IRS, DHS

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:

   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony

   ☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense Unknown to February 2001

c. County in which first offense occurred
  Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK ALL THAT APPLY

☑ Los Angeles     ☐ Ventura

☑ Orange     ☐ Santa Barbara

☐ Riverside     ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of offense 18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes

  IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 2/26/01

  Case Number 01-039-M

  Charging 18 USC 2339B, Material Support to Terrorist Organization

The complaint:    ☑ is still pending

  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

  ☑ Yes*       ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  ☑ Yes*       ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?** ☐ Yes      ☑ No

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
February 2001, June 2005, and November 2007

Case Number CR 01-209-DOC

The superseded case:

☑ is still pending before Judge/Magistrate Judge
U.S. District Judge Carter

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

  ☑ Yes*       ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  ☑ Yes*       ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

  ☑ Yes       ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☑ Yes      ☐ No
IF YES, list language and/or dialect:
FARSI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☑ Male          ☐ Female

☐ U.S. Citizen          ☑ Alien

Alias Name(s) <u>Alireza Mohomadmoradi, Ali Reza</u>

_____

This defendant is charged in:     ☐ All counts

☑ Only counts: <u>1-23, 26, 32-59, 81-82</u>

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?      ☐ Yes     ☑ No

IF YES, should matter be sealed?    ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud      ☐ public corruption

☑ government fraud      ☐ tax offenses

☐ environmental issues      ☑ mail/wire fraud

☐ narcotics offenses      ☐ immigration offenses

☐ violent crimes/firearms      ☐ corporate fraud

☐ Other: <u>international terrorism, money laundering</u>

_____

_____

_____

**CUSTODY STATUS**

<u>Defendant is **not** in custody</u>:

a. Date and time of arrest on complaint: <u>2/2001</u>

b. Posted bond at complaint level on: _____
in the amount of $ <u>60,000 secured</u>

c. PSA supervision?     ☑ Yes     ☐ No

d. Is a Fugitive     ☐ Yes     ☑ No

e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.     ☐ Yes     ☑ No

<u>Defendant is **in** custody</u>:

a. Place of incarceration:    ☐ State     ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes     ☐ No
IF YES ☐ State     ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes     ☐ No
IF YES ☐ State     ☐ Federal     AND
Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: <u>Court has made prior findings.</u>

_____

_____

_____

_____

Date <u>April 9, 2009</u>

_____
*Signature of Assistant U.S. Attorney*

<u>Eileen M. Decker</u>
*Print Name*