# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

*ORIGINAL*

Case Number CR 01-209-DOC _____    Defendant Number 9 (Elham Kiamanesh) _____

U.S.A. v. RAHMANI, et al. _____    Year of Birth 1979 _____

☑ Indictment ☐ Information        Investigative agency (FBI, DEA, etc.) FBI, IRS, DHS _____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

FILED 2009 APR 9 PM 2:44 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## OFFENSE/VENUE

a. Offense charged as a:        ☐ Petty Offense
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
b. Date of offense Unknown to February 2001
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   | | |
   |---|---|
   | ☑ Los Angeles | ☐ Ventura |
   | ☑ Orange | ☐ Santa Barbara |
   | ☐ Riverside | ☐ San Luis Obispo |
   | ☐ San Bernardino | ☐ Other _____ |

Citation of offense 18 USC sec. 2, 371, 1014, 1341, 1343, 1344, 1425, 1956, 2339B

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: 11/18/05 _____
   Case Number 05-2370M _____
   Charging 18 USC 2339B, Material Support to Terrorist Organization _____
The complaint:    ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☑ Yes*                    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*                    ☐ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

## Superseding Indictment/Information

This is the ___3rd___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
February 2001, June 2005, and November 2007 _____
Case Number CR 01-209-DOC _____

The superseded case:
☑ is still pending before Judge/Magistrate Judge
U.S. District Judge Carter
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☑ Yes*                    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*                    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☑ Yes                    ☐ No

**\*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.**

Is an interpreter required:  ☐ Yes    ☑ No
IF YES, list language and/or dialect: _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

## OTHER

☐ Male    ☑ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s) _____

_____

This defendant is charged in:    ☐ All counts
☑ Only counts: 1-23, 32-58 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud    ☐ public corruption
☑ government fraud    ☐ tax offenses
☐ environmental issues    ☑ mail/wire fraud
☐ narcotics offenses    ☐ immigration offenses
☐ violent crimes/firearms    ☐ corporate fraud
☐ Other: international terrorism, money laundering
—

_____

_____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?    ☐ Yes    ☐ No
d. Is a Fugitive    ☑ Yes    ☐ No
e. Is on bail or release from another district:

_____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.    ☐ Yes    ☑ No

Defendant is **in** custody:

a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 400

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information EXPLAIN: Court has made prior findings. _____

_____

_____

_____

_____

Date April 9, 2009 _____

*Signature of Assistant U.S. Attorney*

EILEEN M. DECKER _____
*Print Name*