**H. DEAN STEWARD, P.C.**
H. Dean Steward (State Bar No. 85317)
dean@deansteward.com
107 Avenida Miramar, Suite C
San Clemente, CA  92672
Telephone:  949.481.4900
Facsimile:  949.496.6753

**McDERMOTT WILL & EMERY LLP**
Abbe David Lowell (Admitted Pro Hac Vice)
adlowell@mwe.com
Christopher D. Man (Admitted Pro Hac Vice)
cman@mwe.com
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
Telephone:  202.756.8000
Facsimile:  202.756.8087

Attorneys for Defendant
ROYA RAHMANI

ON BEHALF OF ALL DEFENDANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ROYA RAHMANI, ALIREZA MOHAMMADMORADI, MOUSTAFA AHMADY, HOSSEIN KALANI AFSHARI, HASSAN REZAIE, NAVID TAJ, MOHAMMAD HOSSEIN OMIDVAR, et. al.,<br><br>            Defendants. | CASE NO.  CR-01-00209(DOC<br><br>**DEFENDANTS' SUPPLEMENT TO THEIR FIRST CIPA SECTION 5 DESIGNATION**<br><br>Hearing Date:     None Scheduled<br>Time:<br>Dept.:              Courtroom 9-C |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
CHICAGO

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
CHICAGO

Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 (2009), the Defendants, Roya Rahmani, Alireza Mohammadmoradi, Mustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj and Mohammad Hossein Omidvar, through counsel, are filing this supplement to their March 3, 2009 First CIPA Section 5 Designation. (Dkt. No. 973.)  The First CIPA Section 5 designation identified 8 types of classified information that the Defendants anticipated introducing "at trial or at sentencing in this matter." (Id. at 2.)  Although the government has not yet provided the Defendants with the discovery they have sought, the Defendants still anticipate using such material that might be classified at sentencing once the government does produce them.

In addition, the Defendants anticipate producing materials that have not been obtained from the United States government, but that are likely in the United States' possession.  While Defendants do not know for sure, this material may contain classified information.  In particular, these are the documents and materials that the MEK has provided the United States concerning the Iranian nuclear program, the identities of more than 32,000 Iranian spies in Iraq and efforts by the Iranian government to infiltrate Iraq, and the strategic efforts of the MEK and the United States in jointly persuading insurgents in Iraq to leave the insurgency.  In addition, the United States may still consider classified certain documents relating to the United States military's protection of Ashraf that have been disclosed on Wikileaks, including U.S. military records addressing an F-16 shooting down an Iranian drone that was photographing Camp Ashraf.  The Defendants are still analyzing the newly released Wikileaks documents and may seek to introduce some of them at the sentencing.

Dated:  November 12, 2010                    Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

_____/s/_____
Abbe David Lowell
Christopher D. Man

**H. DEAN STEWARD, P.C.**

_____/s/_____
H. Dean Steward

Attorneys for Defendant
ROYA RAHMANI

On behalf of all Defendants.

CIPA SECTION 5 SUPPLEMENT